KLEIN et al, Respondents, v. OLSTAD, Appellant.

(210 N. W. 18.)

(File No. 5592.  Opinion filed September 7, 1926.)

Appeal from Circuit Court, Miner County; Hon. ALVA E. TAYLOR, Judge.

*Kirby, Kirby & Kirby,* of Sioux Falls, for Appellant.
*Baldwin & Lyons,* of Howard, for Respondent.

POLLEY, J. The defendant and one Hegnes purchased a quarter section of land from plaintiffs. The conveyance of the land was made subject to two mortgages: one for $8,200, and the other for $2,800  The grantees assumed these two mortgages and agreed to pay them as a part of the purchase price of the land. They paid the $2,800 mortgage. They then defaulted in the payment of the taxes and the interest on the other mortgage and said mortgage was foreclosed. The land was sold but did not sell for enough to pay the amount of the mortgage, and a deficiency judgment was taken for the unpaid balance. Plaintiffs paid this judgment, and now bring this action to recover the amount paid, basing their right of recovery upon defendant's agreement, made when he purchased the property, to pay said mortgage.

There is no dispute as to the above facts and the only defense is that the debt secured by the mortgage was not due at the time of the foreclosure suit. The appeal is from the judgment only. There are but two assignments of error: (1) That the complaint is insufficient to support the judgment; and (2) that the findings of the court do not support the conclusions or the judgment. There is nothing in either the complaint or the findings of fact to show when the note secured by the mortgage assumed by appellant

became due. The judgment is amply supported by the complaint and the findings of fact, and the sufficiency of the evidence is not presented by the record.

The judgment appealed from is affirmed.

DILLON, J., not present.